# In the United States Court of Federal Claims

No. 15-588 C

Filed: June 24, 2015

```
*************************************
                                      *
GUAM INDUSTRIAL SERVICES, INC.,       *
                                      *
        Plaintiff,                    *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
        Defendant,                    *
                                      *
v.                                    *
                                      *
CABRAS MARINE CORP.,                  *
                                      *
        Defendant-Intervenor.         *
                                      *
*************************************
```

## ORDER

On June 23, 2015, the court issued a Memorandum Opinion And Order Regarding Preliminary Injunction. In that Opinion, the court noted that the Government failed to file the administrative record by 5:00pm EST on June 23, 2015.

In fact, the Government filed the administrative record with the United States Court of Federal Claims Clerk's Office by 4:30pm EST, but the court was not notified of its arrival until the morning of June 24, 2015. This Order serves to correct the mistake in the June 23, 2015 Opinion. The preliminary injunction remains in effect.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**